UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| JAMES WEAVER,<br>            Plaintiff, | No. C 12-6334 PSG |
| v. | **ORDER RE: ATTENDANCE AT ENE** |
| CITY OF SANTA CLARA, et al.,<br>            Defendants. | Date:      July 8, 2013<br>Mediator: Chris Johns |

   IT IS HEREBY ORDERED that the request to allow Captain Daniel Winter to attend the July 8, 2013 ENE before Chris Johns in place of former Chief of Police Kevin R. Kyle is GRANTED.  Chief Kyle is excused from participating in the ENE.

   IT IS SO ORDERED.

June 27, 2013                                By: _____
Dated                                                       Maria-Elena James
                                                       United States Magistrate Judge