UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WEAVER,<br><br>           Plaintiff,<br>     v.<br><br>CITY OF SANTA CLARA, a municipal corporation; KEVIN R. KYLE, individually and in his capacity as CHIEF OF POLICE FOR THE CITY OF SANTA CLARA POLICE DEPARTMENT,<br><br>           Defendants. | Case No.: 5:12-cv-6334-PSG<br><br>**ORDER ADVANCING TRIAL DATE** |

At the pretrial conference earlier today, the court informed the parties that the existing trial date conflicts with numerous events on the court's schedule and proposed pushing the date out to avoid a piecemeal trial.  However, upon further review, additional trials are currently scheduled for each of the following four weeks.  Therefore, in the interest of an expedient resolution of this case, to which the parties are entitled, the court hereby advances the trial date, with jury selection to take place on Tuesday, January 21, 2014 at 1:30 p.m., and opening statements on Wednesday, January 22, 2014 at 9:30 a.m.  If this schedule poses an extreme hardship on any party or counsel, the court will entertain an alternative proposal at the status conference to be scheduled after the parties have met and conferred.

**IT IS SO ORDERED.**

Dated: January 7, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge