UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WEAVER, <br><br> Plaintiff, <br> v. <br><br> CITY OF SANTA CLARA, a municipal corporation; KEVIN R. KYLE, individually and in his capacity as CHIEF OF POLICE FOR THE CITY OF SANTA CLARA POLICE DEPARTMENT, <br><br> Defendants. | Case No. 5:12-cv-6334-PSG <br><br> **ORDER SETTING STATUS CONFERENCE** |

On Friday afternoon, the parties filed a stipulation requesting that the court once again postpone the trial date in this case. Defendant City of Santa Clara's counsel has been working arduously on another trial, which has precluded him from adequately preparing for this case. The court empathizes, and also appreciates Plaintiff's counsel's willingness to enter a stipulation. Nevertheless, in order to resolve this problem in a manner that is both expedient and consistent with everyone's schedules, including the court's, the parties shall appear for a hearing to discuss the trial date tomorrow morning, April 8, 2014, at 9:00 a.m. Any party who wishes to do so may appear by telephone.

1

Case No. 5:12-cv-6334-PSG
ORDER SETTING STATUS CONFERENCE

**IT IS SO ORDERED.**

Dated: April 7, 2014

                                           _____
                                           PAUL S. GREWAL
                                           United States Magistrate Judge