UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WEAVER,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF SANTA CLARA, a municipal corporation; KEVIN R. KYLE, individually and in his capacity as CHIEF OF POLICE FOR THE CITY OF SANTA CLARA POLICE DEPARTMENT,<br><br>            Defendants. | Case No. 5:12-cv-6334-PSG<br><br>**ORDER RESCHEDULING TRIAL** |

The parties appeared before the court this morning to discuss the pending request to reschedule the trial date in this matter due to counsel's schedule conflicts. After a detailed review of both parties' schedules, it appears that June 23, 2014 is the earliest possible date to which the trial could be moved. Having confirmed that this date works for the court, the court hereby resets the trial in this matter to Monday, June 23, 2014 at 9:30 a.m. If unforeseen conflicts arise in the future, parties shall meet and confer and alert the court no later than Friday, June 6, 2014.

**IT IS SO ORDERED.**

Dated: April 8, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge