1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WEAVER, | ) Case No. 5:12-cv-06334-PSG |
| Plaintiff, | ) **ORDER RE: TRIAL SCHEDULE** |
| v. | ) |
| CITY OF SANTA CLARA, *et al,* | ) |
| Defendants. | ) |

In the interest of clarity, for the jury and the parties, this order sets forth the schedule for trial as follows.  Each side shall have forty-five minutes for opening statements, forty-five minutes for closing arguments, and a total of nine hours for direct and cross-examination of witnesses.  However, if it should become necessary, the court will entertain requests for additional time to present testimony.

The court will address any disputes over exhibits, demonstratives and deposition testimony on the day they are to be used, before the jury arrives or when the jury is on a break.  In addition, the court will hold a charging conference to decide on final jury instructions on Wednesday afternoon.  In general, the schedule for a trial will be as follows:

- 8:00 A.M. Attorneys in court to address housekeeping and evidentiary matters
- 8:30 A.M. Testimony begins before the jury.
- 12:30 P.M. Lunch break
- 1:15 P.M. Attorneys in court to address housekeeping and evidentiary matters

1

- 1:30 P.M. Testimony resumes before the jury
- 5:00 P.M. Trial ends.

This schedule will vary on certain days, as described in the chart below:

| Weekday | Date | Attorneys' Arrival Time | Jury Arrival Time | Trial Day Ends |
|---------|------|-------------------------|-------------------|----------------|
| Mon. | 6/23/14 | 8:00 A.M. | 8:30 A.M. | 5:00 P.M. |
| Tues. | 6/24/14 | 8:00 A.M. | 8:30 A.M. | 5:00 P.M. |
| Wed. | 6/25/14 | 8:00 A.M. | 8:30 A.M. | 3:00 P.M. |
| Thurs. | 6/26/14 | 8:00 A.M. | 8:30 A.M. | 5:00 P.M. |
| Fri. | 6/27/14 | 8:00 A.M. | 8:30 A.M. | 5:00 P.M. |

Any further questions regarding logistics should be addressed to Mr. Oscar Rivera at 408-535-5378.

**IT IS SO ORDERED.**

Dated: June 17, 2014

PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:12-cv-06334-PSG
ORDER RE: TRIAL SCHEDULE

**United States District Court**
For the Northern District of California