JON A. HEABERLIN (SBN 199810)
**RANKIN | STOCK | HEABERLIN**
96 No. Third Street, Suite 500
San Jose, California  95112-7709
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
Email: jheaberlin@rllss.com

Attorneys for Defendants
CITY OF SANTA CLARA and KEVIN R. KYLE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WEAVER, ) | Case No. C 12-06334 PSG |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **REGARDING THE ENTRY INTO AND USE** |
| vs. ) | **OF ELECTRONIC EQUIPMENT IN THE** |
| ) | **COURTROOM** |
| CITY OF SANTA CLARA, a ) | |
| municipal corporation; KEVIN R. ) | **Trial Date: June 23, 2014** |
| KYLE, individually and as his ) | |
| capacity as CHIEF OF POLICE for ) | **Magistrate Judge Paul S. Grewal** |
| the CITY OF SANTA CLARA ) | |
| POLICE DEPARTMENT; DOES 1- ) | |
| 25, inclusive; individually and in their ) | |
| capacities as OFFICERS for the ) | |
| CITY OF SANTA CLARA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties hereto submit to the Court a list of the electronic equipment to be used

during trial and request the Court enter an Order permitting the following electronic and

audio-visual equipment to be used to provide for the display of depositions,

demonstratives, exhibits and graphics - all of which will aid the Court and Jury in reviewing

the presentations and evidence submitted during trial:

1.     One Canon Video Visualizer (Commonly referred to as an "Elmo");

2.     Two LCD Projectors;

3.     Five Laptop computers;

4.      Two External Hard Drives;

5.      Two Small Tables, plus a stand for the projector;

6.      Three tri-pods;

7.      Two platen tops for tri-pods;

8.      A set of portable stereo speakers;

9.      Large tri-pod projection screen; and

10.     Two large bags with various cables, power cords, power strips, and other items for cable safety.

The above listed equipment will be brought into the Courtroom and operated by Andrew Lloyd, of Visual Law Group, as well as DeWitt Lacy, Esq. and his assistant(s) from the Law Offices of John Burris.

The Court has inherent power to manage the proceedings for it and its courtrooms. *See* United States v. Grace, 526 F.3d 499, 509 (9th Cir. 2008) ("Judges exercise substantial discretion over what happens *inside* the courtroom. [Citations] We have accepted that '[a]ll federal courts are vested with inherent powers enabling them to manage their cases and courtrooms effectively...' [Citations].")

The parties are working together to coordinate the shared use of the equipment (excluding the laptops).  The parties jointly request that the Court grant this Application and enter an order permitting Andrew Lloyd of Visual Law Group, and its designated agents, to bring and use the above listed equipment into the Courtroom on June 23, 2014.

Dated: /s/ June 17, 2014                          LAW OFFICES OF JOHN L. BURRIS

                                                  By: /s/ DeWitt M. Lacy
                                                  DeWitt M. Lacy, Esq.
                                                  Attorneys for Plaintiff

Dated: June 17, 2014                              RANKIN | STOCK | HEABERLIN

                                                  By: /s/ Jon A. Heaberlin
                                                  JON A. HEABERLIN
                                                  Attorneys for Defendants

**IT IS SO ORDERED.**
DATED: June 18, 2014

_Paul S. Grewal_
MAGISTRATE JUDGE PAUL S. GREWAL
UNITED STATES DISTRICT COURT