UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WEAVER,<br><br>              Plaintiff,<br>    v.<br><br>CITY OF SANTA CLARA, *et al,*<br><br>              Defendants. | Case No. 5:12-cv-06334-PSG<br><br>**ORDER RE: LETTER BRIEFING ON CALIFORNIA CIVIL CODE § 52.1** |

A dispute arose at this morning's status conference as to whether or not Plaintiff James Weaver's claim under the Bane Act[1] may be presented to the jury at trial. The court issued a preliminary ruling that it may not, as Weaver failed to plead the claim against Defendant the City of Santa Clara, and the claim is not legally operative against Chief of Police Kevin Kyle. However, the court indicated at the hearing that it would entertain a letter brief from Weaver seeking reconsideration of that decision. In the interest of clarity and fairness, no later than June 20, 2014 at 4:00 p.m., both sides may file a letter brief on the subject of up to three pages. The court will issue a short order with its final ruling by the end of the day on Friday, June 20, 2014 so that the parties may appropriately prepare for the trial set to begin on Monday.

---

[1] Cal. Civ. Code § 52.1.

1

Case No. 5:12-cv-06334-PSG
ORDER RE: LETTER BRIEFING ON CALIFORNIA CIVIL CODE § 52.1

**IT IS SO ORDERED.**

Dated: June 19, 2014

                                                PAUL S. GREWAL
                                                United States Magistrate Judge

Case No. 5:12-cv-06334-PSG
ORDER RE: LETTER BRIEFING ON CALIFORNIA CIVIL CODE § 52.1