UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WEAVER,<br><br>            Plaintiff,<br>v.<br><br>CHIEF OF POLICE OF THE SANTA CLARA POLICE DEPARTMENT, KEVIN R. KYLE,<br><br>            Defendant. | Case No. 5:12-cv-06334-PSG<br><br>**PROPOSED FINAL VERDICT FORM** |

**IT IS SO ORDERED.**

Date: June 25, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No. 5:12-cv-06334-PSG
PROPOSED FINAL VERDICT FORM

## SECTION 1:  BANE ACT

We, the jury, unanimously answer the Questions submitted to us as follows:

    1-A.  Did one or more Santa Clara Police Officer interfere with Weaver's constitutional right to be free from unlawful detention?

        Yes _____ No _____

    1-B.  Did one or more Santa Clara Police Officer interfere with Weaver's constitutional right to be free from the use of excessive force?

        Yes _____ No _____

*If your answer to **either** Question 1-A **or** 1-B – but not both – is "Yes," then answer Question 1-C.*
*If your answers to **both** Question 1-A **and** 1-B are "Yes," then skip to Question 1-D.*
*If your answers to **both** Question 1-A **and** 1-B are "No," **stop here, answer no further questions, and have the foreperson sign and date this form.***

    1-C.  Did the Santa Clara Police Officer(s) use threats, intimidation, or coercion to interfere with the constitutional rights described in Questions 1-A or 1-B?

        Yes _____ No _____

*If your answer to Question 1-C is "Yes," then answer Question 1-D.*
*If not, **stop here, answer no further questions, and have the foreperson sign and date this form.***

    1-D.  Was the Santa Clara Police Officer(s)' conduct a substantial factor in causing harm to Weaver?

        Yes _____ No _____

*If your answer to Question 1-D is "Yes," **go to Section 2.***
*If not, **stop here, answer no further questions, and have the foreperson sign and date this form.***

### SECTION 2: DAMAGES

We, the jury, unanimously answer the Questions submitted to us as follows:

    2-A. What is the total amount of damages, if any, suffered by Weaver in each category described below?  Do not award duplicate damages for the same harm suffered from multiple claims.

- Medical Expenses  $_____

- Pain and suffering  $_____

**TOTAL**  $_____

    2-B. Did Weaver use reasonable efforts to mitigate his damages?

        Yes _____ No _____

*If your answer to Question 2-B is "No," then answer Question 2-C.*
*If your answer to Question 2-B is "Yes," **stop here, answer no further questions, and have the foreperson sign and date this form.***

    2-C. How much of Weaver's damages could have been mitigated by Weaver's reasonable efforts?

        $ _____

**Have the foreperson sign and date this form.**


Signed: _____ Dated: _____

3

Case No. 5:12-cv-06334-PSG
PROPOSED FINAL VERDICT FORM