UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WEAVER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | Case No. 5:12-cv-06334-PSG<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME TO FILE MOTION FOR AWARD OF REASONABLE ATTORNEY'S FEES**<br><br>**(Re: Docket No. 133)** |

Plaintiff James Weaver moves to enlarge time to file his motion for award of reasonable attorney's fees and costs.[1] The parties had stipulated twice to extend the filing, ultimately settling on a deadline of August 26, 2014. Weaver filed his motion on August 27, 2014.[2] Defendants oppose Weaver's motion to enlarge time.[3] Pursuant to Civ. L.R. 7-1(b), the motion is taken under submission without oral argument. Having reviewed the papers, the court GRANTS Weaver's request.

---

[1] *See* Docket No. 133.

[2] *Id.*

[3] *See* Docket No. 137.

1

Case No. 5:12-cv-06334-PSG
ORDER GRANTING MOTION TO ENLARGE TIME TO FILE MOTION FOR AWARD OF REASONABLE ATTORNEY'S FEES

While both parties agree Weaver's tardiness did not prejudice Defendants, the parties disagree whether there was excusable neglect.[4] Weaver's attorney provides a declaration detailing miscommunications, travel, and an emergency on another matter.[5] Weaver ultimately filed the motion at 12:03 a.m. and completed the remaining declarations by 3:31 a.m. on August 27, 2014.[6]

While the court does not wish to condone tardy filing of motions when parties have agreed to a deadline, it would not be fair in this instance to punish either Weaver or his counsel for what amounts to blowing a filing deadline by less than four hours.

**IT IS SO ORDERED.**

Dated: September 12, 2014

PAUL S. GREWAL
United States Magistrate Judge

---

[4] *See* Fed. R. Civ. P. 6(b)(1)(B); *Committee for Idaho's High Desert, Inc. v. Yost*, 92 F.3d 814, 824 (9th Cir. 1996).

[5] *See* Docket No. 133.

[6] *See* Docket Nos. 125-129.